67912. KING v. GOSDIN.

BANKE, Judge.
Appellee Gosdin filed suit against appellant King to recover for injuries allegedly incurred in an automobile collision. King, in turn, filed a third-party action against Derryl Langley. This appeal by King follows the trial court's order dismissing the third-party complaint based on his failure to respond to a motion by Langley to dismiss the third-party complaint for lack of venue. *Held:*

1. Since the order disposes of less than all the claims and does not provide for the entry of a final judgment as to the third-party defendant pursuant to OCGA § 9-11-54 (b) (Code Ann. § 81A-154), and since the procedures for interlocutory appeal have not been followed, the appeal must be dismissed. See *D. Davis & Co. v. Plunkett,* 119 Ga. App. 453 (167 SE2d 663) (1969); *Martin v. Herr,* 158 Ga. App. 329 (280 SE2d 387) (1981).

2. The appellee's prayer for damages for filing a frivolous appeal is denied. See *James v. Seritt,* 121 Ga. App. 783 (175 SE2d 163)

(1970).

*Appeal dismissed. Shulman, P. J., and Pope, J., concur.*

DECIDED FEBRUARY 17, 1984.

*Daniel K. McCall,* for appellant.
*Fordham E. Huffman,* for appellee.